## PICKETT, Gd'n, v. SECURITY NATIONAL BANK et al.

No. 25135. March 19, 1935.

172

H. B. Lockett, for plaintiff in error.

H. W. Sitton and G. F. Womack, for defendants in error.

PER CURIAM. The appeal was filed herein October 30, 1933, and the brief of plaintiff in error February 7, 1934. No brief has been filed by the defendant in error and under the rule for failure to file brief the cause is reversed and remanded, with directions to grant a new trial.